UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

HAOTIAN SUN and
PENGFEI XUE,

      Defendants.

Criminal No. 1:21-CR-646

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America hereby informs the Court that Senior Counsel Ryan K.J. Dickey is terminating his appearance as counsel of record for the government in this matter. Other government counsel on the docket at the time of this filing will remain for the United States.

Date: July 3, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

BY: /s/ Ryan K.J. Dickey
RYAN K.J. DICKEY
Senior Counsel

U.S. Department of Justice, Criminal Division
Computer Crime and Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, DC 20530